Opinion filed December 16,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00286-CV

                                                    __________

 

                            IN
THE INTEREST OF B.W., A CHILD



 

                                  On
Appeal from the County Court at Law

                                                          Midland
County, Texas

                                                 Trial
Court Cause No. FM 51,610

 



 

                                            M
E M O R A N D U M   O P I N I O N

          On
October 7, 2010, the trial court signed a temporary order following an adversary
hearing.  Gerald Blace West filed a pro se notice of appeal.

         The
Texas Department of Family and Protective Services has filed a motion to
dismiss on the grounds that the October 7 order is not appealable.  The
clerk of this court wrote West and directed him to respond to the motion to
dismiss on or before December 6, 2010.  West has not filed a response.

        The
October 7 order is a non-appeable interlocutory order.  Tex. Fam. Code Ann. § 105.001(e)
(Vernon 2008); Tex. Civ. Prac. &
Rem. Code Ann. § 51.014 (Vernon 2008).  The motion is granted,
and the appeal is dismissed.

 

December 16,
2010                                                                 PER CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.